UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARRY UNDERWOOD,

　　　　　　　Plaintiff,

　　v.

DONNY YOUNGBLOOD,

　　　　　　　Defendant.

Case No. 1:26-cv-01987-CDB (PC)

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(Doc. 2)

ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE KERN COUNTY SHERIFF

Plaintiff Barry Underwood is a state detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint with this Court on March 12, 2026. (Doc. 1). That same day, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. 28 U.S.C. § 1915(b)(1). The Kern County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

　　1. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is GRANTED.

　　2. **The Kern County Sheriff or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's**

**income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.   The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Kern County Sheriff located at P.O. Box 80786, Bakersfield, California 93380.

4.   The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **March 23, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2